# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**342**

**CAF 12-01898**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND VALENTINO, JJ.

---

IN THE MATTER OF ROBIN HELLINGER,
PETITIONER-RESPONDENT,

V                                                     MEMORANDUM AND ORDER

LACEY DECICCO, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

MARY R. HUMPHREY, NEW HARTFORD, FOR RESPONDENT-APPELLANT.

RICHARD A. COHEN, ATTORNEY FOR THE CHILD, UTICA.

---

Appeal from an amended order of the Family Court, Oneida County (Joan E. Shkane, J.), entered August 13, 2012 in a proceeding pursuant to Family Court Act article 6.  The amended order granted the parties joint legal custody of the subject child, with petitioner having primary physical custody.

It is hereby ORDERED that said appeal from the amended order insofar as it concerns the best interests of the child is unanimously dismissed and the amended order is affirmed without costs.

Same Memorandum as in *Matter of Braun v Decicco* (___ AD3d ___ [May 2, 2014]).

Entered:  May 2, 2014                              Frances E. Cafarell
                                                  Clerk of the Court